THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a New Hampshire Corporation,

Plaintiff,

v.

PREMIERE DANCE CENTER, LLC, a Washington Limited Liability Company; and SHELBY LYNCH, an individual,

Defendants.

No. 2:24-cv-00376-TL

[~~PROPOSED~~] ORDER

The Parties' Stipulated Request for Extension of time is hereby GRANTED. Premiere Dance Center, LLC's deadline to answer the Complaint is June 21, 2024. The Parties shall submit a Rule 26(f) Report on June 21, 2024.

Dated this 7th day of June, 2024.

_____
Honorable Tana Lin