THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a New Hampshire Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PREMIERE DANCE CENTER, LLC, a Washington Limited Liability Company; and SHELBY LYNCH, an individual,<br><br>Defendants. | No. 2:24-cv-00376-TL<br><br>**JOINT STIPULATION OF DISMISSAL** |

This stipulation is made by and between Plaintiff First National Insurance Company of America, Defendant Premiere Dance Center, LLC, and Nominal Defendant Shelby Lynch.

**IT IS HEREBY JOINTLY STIPULATED** by the parties that:

1. Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims asserted in the above-captioned case are hereby dismissed without prejudice.
2. Each party will bear its own attorneys' fees and costs with respect to the above-captioned case.

///



**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

Dated: August 13, 2024

Respectfully submitted,

*/s/ Lloyd Bernstein*
Lloyd Bernstein, WSBA #46244
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Lloyd.bernstein@bullivant.com

Nancy D. Adams (*Pro Hac Vice*)
Ellen M. Farrell (*Pro Hac Vice*)
Grady R. Campion (*Pro Hac Vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
ndadams@mintz.com
emfarrell@mintz.com
grcampion@mintz.com

*Attorneys for Plaintiff First National Insurance Company of America*

*/s/ James Clark*
James Clark, WSBA #18862
Oseran Hahn
11225 SE 6th Street Suite 100
Bellevue, Washington 98004
jclark@ohswlaw.com

*Attorney for Defendant Premiere Dance Center, LLC*

*/s/ Lincoln C. Beauregard*
Lincoln C. Beauregard, WSBA #32878
CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, Washington 98403
lincolnb@connelly-law.com

*Attorney for Nominal Defendant Shelby Lynch*